**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAIN MARKS,<br>    Plaintiff,<br>v.<br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | No. 5:24-cv-00098-AJR<br><br>[PROPOSED] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: May 15, 2024

HON. A. JOEL RICHLIN
United States Magistrate Judge

-1-